UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC, | Case No.: 5:12-CV-03068-EJD |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| TINA L. NGUYEN, et al., | **[Re: Docket No. 17]** |
| Defendants. | |

In light a pending Motion to Strike (see Docket Item No. 12), the court finds that a scheduling conference is unnecessary at this time. Accordingly, the Case Management Conference scheduled for November 30, 2012, is CONTINUED to **January 11, 2013, at 10:00 a.m.** The parties shall file a Joint Case Management Statement on or before **January 4, 2013.**

**IT IS SO ORDERED**

Dated: November 26, 2012

_____
EDWARD J. DAVILA
United States District Judge