1  THOMAS P. RILEY, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030

4  Tel:  626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   G & G Closed Circuit Events, LLC

7

8              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
9

10 G & G CLOSED CIRCUIT EVENTS,
   LLC                                    CASE NO. 5:12-cv-03068-EJD
11
                Plaintiff,
12                                        STIPULATED JUDGMENT
13              vs.

14 TINA L. NGUYEN, ET AL.,

15              Defendants.

16

17 ─────────────────────────────────

18     TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR

19 ATTORNEY/S OF RECORD:

20     By and through their counsel, the Parties to the above-entitled action hereby stipulate and

21 respectfully request that judgment in the amount of Twelve Thousand Five Hundred Dollars

22 ($12,500.00) inclusive of attorneys' fees and costs be entered in favor of Plaintiff G & G CLOSED

23 CIRCUIT EVENTS, LLC, and against Defendants TINA L. NGUYEN, individually and SATOM,

24 LLC, an unknown business entity d/b/a NHA EM RESTAURANT & BAR, *only*.

25 ///

26 ///

27 ///

28 ///

STIPULATED JUDGMENT
CASE NO. 5:12-cv-03068-EJD
Page 1

Plaintiff G & G CLOSED CIRCUIT EVENTS, LLC, and Defendants TINA L. NGUYEN and SATOM, LLC, waive any and all rights to seek a stay of enforcement of said judgment and further request that this Honorable Court enter the requested and Stipulated Judgment without delay.

Respectively submitted,

Dated: July 17, 2013

LAW OFFICES OF THOMAS P. RILEY, P.C.
By:  Thomas P. Riley
Attorneys for Plaintiff
G & G CLOSED CIRCUIT EVENTS, LLC

Dated: August 5, 2013

INHOUSE COUNSEL
By: Ali Kamarei, Esquire
Attorneys for Defendants TINA L. NGUYEN, individually
and SATOM, LLC, an unknown business entity d/b/a NHA
EM

IT IS SO ORDERED:   The Clerk shall close this file.

Dated:      8/7/2013

The Honorable Edward J. Davila
United States District Court
Northern District of California

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On July 17, 2013, I served:

**STIPULATED JUDGMENT**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

Sara Lee, Esquire                                          (Attorneys for Defendants Tina L.
INHOUSE COUNSEL                                           Nguyey and Saton, LLC)
50 W. San Fernando Street, Suite 900
San Jose, CA 95113

Guruprasas Suryanarayana                       (Defendant)
4126 Monterey Rd.
San Jose, CA 95111

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on July 17, 2013, at South Pasadena, California.

Dated: July 17, 2013

VANESSA VENTURA

STIPULATED JUDGMENT
CASE NO. 5:12-cv-03068-EJD
Page 3