Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

**Attorneys for Plaintiff
G & G CLOSED CIRCUIT EVENTS, LLC,**



8/9/2013

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **G & G CLOSED CIRCUIT EVENTS, LLC,**<br><br>                    Plaintiff,<br><br>          vs.<br><br>**TINA L. NGUYEN, et al.,**<br><br>                    Defendants. | Case No. 5:12-cv-03068-EJD<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**NOTICE IS HEREBY GIVEN**, that, Plaintiff voluntarily dismisses *with prejudice* the following Defendant: GURUPRASAD SURYANARAYANA, individually and d/b/a NHA EM *only*.

This Dismissal is made pursuant to FRCP 41 (a).

Dated:  August 8, 2013           *s/ Thomas P. Riley*
                                 **LAW OFFICES OF THOMAS P. RILEY, P.C**.
                                 By:  Thomas P. Riley
                                 Attorneys for Plaintiff
                                 G & G Closed Circuit Events, LLC

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On August 8, 2013, I caused to serve the following documents entitled:

**NOTICE OF VOLUNTARY DISMISSAL**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

| | |
|---|---|
| Sara Lee, Esquire | (Attorneys for Defendants for Tina L. |
| INHOUSE COUNSEL | Nguyey and Saton, LLC) |
| 50 W. San Fernando Street, Suite 900 | |
| San Jose, CA 95113 | |
| | |
| Guruprasad Suryanarayana | (Defendant) |
| 4126 Monterey Rd. | |
| San Jose, CA 95111 | |

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 8, 2013, at South Pasadena, California.

Dated: August 8, 2013                    *s/Vanessa Ventura*
                                         **VANESSA VENTURA**